# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GILBERT OJONGATUMBA JOACHIM,

      Petitioner,

v.

CHRISTOPHER J. LAROSE, ET AL.,

      Respondents.

Case No. 3:26-cv-02574-DMS-MMP

**ORDER FOR DISMISSAL WITHOUT PREJUDICE.**

Hon. Dana M. Sabraw
United States District Judge

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action, Case No. 3:26-cv-02574-DMS-MMP, is DISMISSED WITHOUT PREJUDICE. Each party shall bear their own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:  May 18, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

1